AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Western | District of | Wisconsin |

Joshua Adam Schultz

                Plaintiff(s),

V.

Trans Union, LLC et al.

                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:14-cv-00261-slc

Notice is hereby given that, subject to approval by the court, __Great Lakes Higher Education Corp.__ substitutes
(Party (s) Name)

__Rebecca Rapp St. John__, State Bar No. __1053771__ as counsel of record in
(Name of New Attorney)

place of __Patrick D. Doran__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Great Lakes Higher Education Corporation
    Address: 2401 International Lane; Madison, WI 53704-3192
    Telephone: (608) 246-1496      Facsimile (608) 246-1481
    E-Mail (Optional): rstjohn@glhec.org

I consent to the above substitution.

Date: 4/8/2014

                (Signature of Party (s))

I consent to being substituted.

Date: 4/8/2014

                (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 4/8/2014

                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]