IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Joshua Adam Schultz

Plaintiff(s)

Case No.  3:14-cv-00261-slc

Trans Union, LLC, et al.

Defendant(s)

**MOTION FOR ADMISSION *PRO HAC VICE***

Gregory Gorski   of   Francis & Mailman, P.C.
Attorney              Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in Pennsylvania Supreme Court
Jurisdiction

Dated this   5th   Day of   May   , 20   14

s/ Gregory Gorski

Name    Gregory Gorski

Firm    Francis & Mailman, P.C.

Address   100 South Broad St.

          Land Title Building, 19th Floor

City    Philadelphia         State  PA    Zip   19110

E-Mail   ggorski@consumerlawfirm.com

Phone    215-735-8600