IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **JOSHUA ADAM SCHULTZ** )<br>)<br>) | Civil Action No. 14-0261 |
| Plaintiff, )<br>) | |
| v. )<br>) | |
| **TRANS UNION, LLC, et al.** )<br>) | |
| Defendants. ) | |

ORDER

The Court GRANTS the Parties' Joint Motion to Produce Non-Party Documents and ORDERS as follows:

1. The Defendants, Great Lakes Educational Loan Services, Inc. and Great Lakes Higher Education Guaranty Corp. ("the Defendants"), shall produce documents and records related to Joshua Allen Schultz's loans showing each time, if any, that either or both dialed or called the telephone number 715-379-9195.

2. The Defendants shall produce documents and records related to Joshua Allen Schultz's loans showing how the 715-379-9195 telephone number came to be associated with Joshua Allen Schultz's account.

3. The Defendants shall produce any documents and records related to Joshua Allen Schultz's loans that either intends or both intend to rely on in asserting a consent, bona fide error, or other defense.

4. The Defendants shall mark all documents and records related to Joshua Allen Schultz's loans as "Confidential," as provided for in the Protective Order (Dkt. ## 46-47).

5. The Defendants shall produce documents covered by Paragraphs 1-3 by November 14, 2014.

DATE: November 13th, 2014

Magistrate Judge Stephen L. Crocker