**IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **JOSHUA ADAM SCHULTZ** ) | |
| ) | **Civil Action No. 14-0261** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **GREAT LAKES EDUCTION LOAN** ) | |
| **SERVICES, INC. and GREAT** ) | |
| **LAKES HIGHER EDUCATION** ) | |
| **GUARANTY CORP.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## <u>NOTICE OF AGREEMENT TO EXTEND DEADLINE FOR DESIGNATING PORTIONS OF DEPOSITION TRANSCRIPTS CONFIDENTIAL</u>

The parties previously filed a Protective Order in which they agreed to a ten-day deadline for designating portions of deposition transcripts as confidential (Dkt. # 46). This Court entered the Protective Order with one modification, changing the definition of "confidential information" to an objective rather than a "good faith" standard (Dkt. # 47). The parties now agree to extend the deadline for designating portions of transcripts as confidential to ten days before the summary judgment motion deadline. The parties further agree to treat the entire deposition transcripts as confidential before their newly-agreed-upon deadline for transcript designation.


DATE: December 11, 2014

_/s/ Gregory Gorski_

GREGORY GORSKI
(admitted _pro hac vice_)
**FRANCIS & MAILMAN, P.C.**
 Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110

Attorney for Plaintiff
Joshua Schultz

_/s/ Rebecca Rapp St. John_

REBECCA RAPP ST. JOHN
Member ID: 1054771
Great Lakes Higher Education
Corporation
2401 International Lane
Madison, WI 53704

Attorney for Defendants Great Lakes Higher Education Loan Services, Inc. and Great Lakes Higher Education Guaranty Corporation