IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **JOSHUA ADAM SCHULTZ** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**TRANS UNION, LLC, et al.** )<br>)<br>**Defendants.** )<br>) | **Civil Action No. 14-0261** |

## PLAINTIFF JOSHUA ADAM SCHULTZ'S
## MOTION FOR SUMMARY JUDGMENT

Plaintiff, by and through the undersigned counsel, hereby moves for summary judgment against Defendants Great Lakes Educational Loan Services, Inc. and Great Lakes Higher Education Guaranty Corporation. Plaintiff respectfully requests that this Court grant the Motion in its entirety for the reasons set forth in accompanying proposed finding of facts and brief included herewith, and enter judgment in favor of Plaintiff and against Defendants in the total amount of $159,000.

Respectfully Submitted,

**FRANCIS & MAILMAN, P.C.**

 /s/ Gregory Gorski
GREGORY GORSKI
Attorneys for Plaintiff
(admitted *pro hac vice*)
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

DATE:  January 30, 2015