# EXHIBIT A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF WISCONSIN

= = = = = = = = = = = = = = = = = = = = = = = = = = = = =

JOSHUA ADAM SCHULTZ,

       Plaintiff,

  -vs-               Civil Action No. 14-0261

TRANS UNION, LLC, ET AL.,

       Defendants.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Deposition of:

BETH ERICKSON

Madison, Wisconsin
November 20, 2014

Reported by:  Taunia Northouse, RDR, CRR

1        pending, you need to answer the question before we

2        take a break.  Do you understand that?

3    A   Yes.

4    Q   Are you on any medications, or do you have any

5        mental or physical conditions that would prohibit

6        you from telling the truth today?

7    A   No.

8    Q   Am I correct that you are the vice president of

9        Repayment Solutions and Default Collections?

10   A   Yes.

11   Q   How long have you worked -- how long have you had

12       that title?

13   A   12 years.

14   Q   Did you work for the company prior to that?

15   A   Yes.

16   Q   How long in total have you worked for the company?

17   A   21 years.

18   Q   And when I say "the company," you work for

19       Great Lakes Higher Education Guaranty Corp?

20   A   Yes.

21   Q   Okay.  Prior to being the vice president of

22       Repayment Solutions and Default Collections, what

23       was your job title?

24   A   Business analyst.

25   Q   How long did you hold that position?

1  A   No.

2  Q   Where is the call center staff located?

3  A   In Madison, Wisconsin.

4  Q   And all of the call center staff employees are

5      Guaranty Corp employees?

6  A   Yes.

7  Q   What is your understanding of the relationship

8      between Great Lakes Higher Education Guaranty Corp

9      and Great Lakes Education Loan Services, Inc.?

10 A   Specific to my duties and my department's duties?

11 Q   Well, generally -- why don't we just take a break

12     for a minute.

13                    (Discussion off the record).

14                    MR. GORSKI:  Back on the record.

15 By Mr. Gorski:  (Continuing)

16 Q   I'm just asking you generally what your

17     understanding is of the business relationship

18     between these two companies.

19 A   So we are -- the Guaranty Corporation is a

20     guarantor under the Federal Family Education Loan

21     Program.  And some of our borrowers who are

22     guaranteed by us are also serviced by Great Lakes

23     Educational Loan Services, Inc.

24 Q   When you say you're the guarantor, you mean that

25     Great Lakes is the company that lent the student

1  A   Whoever is servicing the loan.

2  Q   So then it goes back to the servicer who the

3     lender originally chose?

4  A   Yes.

5  Q   And if I understand you correctly, Great Lakes

6     Higher Education Guaranty Corp, when it is

7     required or decides to engage in these collection

8     activities on delinquent loans that it's

9     guaranteed, uses Great Lakes Education Loan

10    Servicing to do those collections?

11 A   No.

12 Q   Then can you clarify again what the relationship

13    then is between Great Lakes Education Loan

14    Services and Great Lakes Higher Education Guaranty

15    Corp in that context?

16 A   I would call it a relationship between Great Lakes

17    Higher Education Guaranty Corp and whoever is

18    servicing the loan, which may be Great Lakes

19    Educational Loan Services.

20 Q   Okay.  So if I understand you correctly,

21    Great Lakes Education Loan Services may service

22    loans that Great Lakes Higher Education Guaranty

23    Corp has not yet received and, you know, begun its

24    collection activity on?  It may be doing it for

25    lenders at a point when the loans are in good

1     collection activities.

2  Q  Because the servicer may have been the original

3     servicer for the -- strike that.  Because

4     Great Lakes Education Loan Services may have been

5     the original servicer for the loan?

6  A  May be the servicer for the loan.

7  Q  So just to make sure I understand you correctly,

8     Great Lakes Higher Education Corp doesn't use

9     Great Lakes Education Loan Services as a conduit

10     to do the collection activities?

11  A  Correct.

12  Q  But in some circumstances both entities are

13     collecting on the same debt because both have some

14     relationship with the debt where they're required

15     to do so?

16  A  Yes.

17  Q  Great Lakes Higher Education Guaranty Corp and

18     Great Lakes Education Loan Services are

19     subsidiaries of a parent company?

20  A  Yes.

21  Q  And the parent company's name is?

22  A  Great Lakes Higher Education.

23  Q  Just Great Lakes Higher Education Corp?

24  A  Education Corp -- Corp.

25  Q  Do you know whether or not Great Lakes Education

```
1        Loan Services services any loans that are not
2        guaranteed by Great Lakes Higher Education
3        Guaranty Corp?
4    A   Yes.
5    Q   They do?
6    A   Yes.
7    Q   Okay.  What's your understanding of how the
8        student loan or loans belonging to
```

REDACTED - CONFIDENTIAL



```
24                    MS. ST. JOHN:  Do you object to my

25          helping her, directing her to some documents?
```

REDACTED - CONFIDENTIAL



REDACTED - CONFIDENTIAL



22    Q    And to the best of your knowledge, Great Lakes

23         Higher Education itself didn't engage in any

24         collection activity or servicing activity on the

25         loans belonging to the plaintiff?

REDACTED - CONFIDENTIAL



REDACTED - CONFIDENTIAL

1      contact information, deleting incorrect contact

2      information, are those policies or procudures

3      uniform between Guaranty Corp and GLELSI?

4  A   I'm unable to answer that question.

5  Q   You don't know?

6  A   I don't know.

7  Q   So what you're saying, that your knowledge is

8      limited to what Guaranty Corp's policies are?

9  A   Yes.

10 Q   As you sit here today, you don't know whether

11     Guaranty Corp's policies are the same or different

12     from GLELSI's?

13 A   Yes.

14 Q   Yes, you don't know?

15 A   Yes, I don't know.

16 Q   Okay.  Ms. Erickson, I'd like you to refer to the

17     document within the exhibit that has been Bates

18     stamped GL 1599.  Do you have that in front of

19     you?

20 A   Yes.

21 Q   Can you tell me what this is?

REDACTED - CONFIDENTIAL

5  Q  So your basis for that is the information that's

6     written on this piece of paper?

7  A  Correct.

8  Q  Now, more specifically, what is being documented

9     on this piece of paper?

10 A  Documented are the dates in which calls were made

11    or received to specific numbers.

12 Q  Am I correct that these -- strike that.  Am I

13    correct that the dates that appear on this sheet

14    are memorializing calls that were placed to the

15    telephone number 715-379-9195?

16 A  Yes.

17 Q  As you sit here today, do you understand that

18    number to be the cellular telephone of

19    Joshua Adam Schultz, the plaintiff?

20 A  I do not know that it is a cellular phone number.

21 Q  All right.  Well, do you, as you sit here today,

22    understand that the phone number, 715-379-9195, is

23    a phone number that belongs to

24    Joshua Adam Schultz, the plaintiff?

25 A  Yes.

```
 1   Q   And you're saying that, as you sit here today, you
 2       can't tell me whether or not 715-379-9195 is a
 3       cell phone?
 4   A   I can only say that because I know the case.  Is
 5       that what you're looking for?  I can't tell by the
 6       number that it's a cell phone, but I know by the
 7       case that it is.
 8   Q   All I'm asking you to do is whether you can
 9       acknowledge, as we sit here today, based on your
10       understanding of the facts, that 715-379-9195 is a
11       cell phone number.
12   A   My understanding of the facts of the case are that
13       that is a cell phone number.
14   Q   Am I correct that this document is memorializing
15       that calls were being placed to 715-379-9195,
16       which as we've discussed is the plaintiff's cell
17       phone, in connection with a loan belonging to
```

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

```
19                   MS. ST. JOHN:  I'm going to object
20            to the form.  You can answer.
21   A   Yes.
22   Q   So as you sit here today, your understanding of
23       what this document represents would be that this
24       document is memorializing calls that were placed
25       to the cell phone of plaintiff who was a
```

REDACTED - CONFIDENTIAL

```
1      nonborrower in connection with this particular
2      loan?
3                   MS. ST. JOHN:  Again, object to the
4            form.  You can answer.
5   A  Yes.
6   Q  I'd like to go through each column specifically.
7      Starting all the way at the left, there is a
8      column that says that -- the top heading is
9      "GLELSI phone activity," provides the plaintiff's
10     cell phone number, and then the left column says
11     "Dialer called - no message left."  Do you see
12     that?
13  A  Yes.
14  Q  What is that memorializing?
15  A  I don't know that I should speak on behalf of
16     GLELSI.  I can certainly speak to the
17     Repayment Solutions calls on the right.
18  Q  So you're saying that, as you sit here today, you
19     do not possess enough knowledge to tell me what
20     that means?
21  A  I can tell you it's no message left.
22  Q  Okay.
23  A  It's very similar to ours.
24  Q  Well, you know what, why don't we just start on
25     the right-hand side of the paper and maybe we'll
```

1      work our way back.  So let's start instead on the

2      middle of the page that begins with the header

3      "Repayment Solutions phone activity," and then it

4      makes reference to plaintiff's cell phone number.

5      And then there is a column that says "Dialer

6      called - no answer."  Do you see that?

7  A  Yes.

8  Q  And why is it titled "Repayment Solutions"?

9  A  The Guaranty Corp, that is my department name.

10  Q  So your department specifically inside of

11     Guaranty Corp is called Repayment Solutions?

12  A  Yes.

13  Q  What's your understanding of what is being

14     documented in the first column under "Dialer

15     called - no answer"?

16  A  My understanding is, is that the number was called

17     and there was no answer for each time called on

18     each of the dates listed.

19  Q  And it appears that it is tabulated that that was

20     done 15 times; correct?

21  A  Yes.

22  Q  What does "dialer called" mean?

23  A  It means that the telephone -- the

24     telecommunications system had been given the

25     borrower and the number to contact.



REDACTED - CONFIDENTIAL



REDACTED - CONFIDENTIAL



REDACTED - CONFIDENTIAL

1          attorneys.

2   A   I cannot.

3   Q   So you're saying as the vice president of

4       Repayment Solutions, you have insufficient

5       personal knowledge of whether the computer system

6       that I just described could be considered an

7       automated telephone dialing system?

8   A   Yes.

9              MS. ST. JOHN:  I'm going to -- and

10             I was going to object to form.

11             THE WITNESS:  I'm sorry.

12             MS. ST. JOHN:  That's okay.

13  Q   Let's go to the second column.  The column is

14      entitled "Dialer called" -- let me start over

15      again.  The title is -- it's entitled "Dialer

16      called," and then shorthand it says "answering

17      machine," and then shorthand it says "no message

18      left."  Is that correct?

19  A   Yes.

20  Q   What is that row or column memorializing?

21  A   That is saying that a call was made, there was an

22      answering machine, no message would be left.

23  Q   And the document tabulates the number of times

24      that was done, and it was 41 times; correct?

25  A   Yes.

1  Q  Now, the paragraph is entitled "dialer" again.

2      Now, when this paragraph -- sorry.  Strike that.

3      This column is entitled "Dialer called" also.

4      With respect to that designation and based on what

5      we just discussed about the prior column, are we

6      talking about the same thing?

7  A  Can you clarify that for me, "same thing"?

8  Q  When it says "Dialer called" in column 1, and when

9      it says "Dialer called" in column 2, are we

10     talking about the same dialer system?

11  A  We are talking about the same, yes,

12     telecommunication system.

13  Q  And then there is a third column that says "RS,"

14     and then it says "TT BORR."  Can you translate

15     that for me?

16  A  That is Repayment Solutions talked to borrower.

17     That was an inbound call.

18  Q  So Column No. 3 represents a call that was made to

19     Repayment Solutions?

20  A  Yes.

21  Q  And I'm going to assume that the system that

22     tracks incoming calls was able to identify that

23     the call was made from the telephone number above?

24  A  The telephone -- yes.

25  Q  I'm not going to ask you to go through what's on

1     the left-hand side because you said that it's

2     related to GLELSI.  So I'm not going to go through

3     each column.  But with respect to the column

4     titles "Dialer called" and "Dialer called," is it

5     your understanding, based on your knowledge of

6     this document, that when it's making reference to

7     the dialers in those two columns, we're talking

8     about the same dialing system that we've already

9     discussed?

11  Q   Right.  The same dialing system we've already

12      discussed?

13  A   Yes.

14  Q   And then again with respect to the GLELSI

15      information that's on the left-hand side of the

16      document, the third column there, "BS TT BORR,"

17      that is a column that relates to incoming

18      telephone calls?

19  A   I cannot answer that.

20  Q   You don't know one way or the other?

21  A   I don't know one way or the other.

22  Q   Okay.  And with respect to Repayment Solutions,

23      can we agree that -- strike that.  And with

24      respect to the Repayment Solutions data on this

25      sheet, can we agree that the dialer placed 56

REDACTED - CONFIDENTIAL

```
 1      telephone calls to 715-379-9195 between
 2      November 7th, 2011, and February 16th, 2012?
 3  A   Yes.
 4  Q   Do you agree that Joshua Adam Schultz, the
 5      plaintiff, obviously never gave consent to
 6      Repayment Solutions or anyone else to be called
```

```
 8  A   Just state that one more time for me, please.
 9  Q   Do you agree that Joshua Adam Schultz, the
10      plaintiff, never gave consent to Guaranty Corp or
11      anyone else to be called on this particular
12      telephone number in relation to a debt belonging
```

```
14  A   Again, he did not -- you're asking that he did not
15      give that number in regards to
```

```
17      no to that.  I'd have to say no.
18  Q   You're saying no, that the plaintiff, never gave
19      any consent to be called at the number we're
20      talking about here about that's belonging to
```

```
22  A   I think you asked me if he did give us that phone
23      number or not; right?  So yes, he did give us this
24      phone number.
25  Q   That's not what I'm asking.
```

REDACTED - CONFIDENTIAL

1  A   Okay.

2  Q   I'm asking did Joshua Adam Schultz, the plaintiff,

3       ever give Guaranty Corp or anybody else consent to

4       call him about a debt belonging to

6  A   Yes.

7  Q   You're saying yes?

8  A   Yes.

9  Q   And when was that?

10  A   It was in May of 2011.

11  Q   May of 2011?

12  A   Yes.

13  Q   What are you relying on to make that statement?

14  A   Do we have the activity?  This activity -- this is

15       new.  I'm sorry.  I was looking for the right

16       activity.

17             MS. ST. JOHN:  I should ask you

18          before I start, I mean, there are so many

19          documents, I can help direct you to what I

20          think she's talking about.

21             MR. GORSKI:  Go for it.

22             MS. ST. JOHN:  But I don't want to

23          be directing her testimony.

24  Q   Have you found a document that you intend to rely

25       upon to support your answer?

REDACTED - CONFIDENTIAL

1  A  Yes.

2  Q  What document is that?

3  A  GL 001593.

4  Q  Okay.  So let the record reflect that we're now

5     discussing the document that's been Bates labeled

6     GL 1593.  Can you tell me what this is?



REDACTED - CONFIDENTIAL

1      with that number on it?

2   A   That certainly could have happened.

3   Q   And the result of that May 2011 call is based on

4      an error of the customer service representative to

5      presume that the person that she was talking to

7   A   I can't answer that.

8   Q   And you can't answer it because you don't know

9      what was said during that conversation at all?

10  A   Correct, yes.

11  Q   Other than the telephone call that we've discussed

12      that occurred in May of 2011 in which you're

13      alleging that plaintiff Joshua Schultz spoke to

14      somebody at one -- spoke to somebody at the

15      company, do you have any other information that

16      supports that Mr. Schultz, the plaintiff, gave his

17      expressed consent to be contacted at the cellular

18      telephone number that we've been discussing?

19  A   No.

20  Q   That is it?

21  A   That's it.

22  Q   Ms. Erickson, I'd like you to turn to the document

23      that's been Bates labeled GL 948.  Are you there?

24  A   Yes.

25  Q   Do you agree that this document is similar to the

REDACTED - CONFIDENTIAL

1    document that we have previously reviewed,

2    GL 1599?

3  A  Yes.

4  Q  And do you understand this to also be a record of

5    phone calls that were placed to the cellular

6    telephone number 715-379-1995?

7  A  Yes.

8  Q  Are all of these calls that were placed by GLELSI?

9  A  GLELSI or Performant.

10  Q  Performant, you indicated, is the company that

11    Guaranty Corp uses to assist with collections;

12    correct?

13  A  Default collections only.  Performant -- default

14    collections on the Guaranty Corp.

15  Q  So the calls that are listed under the ones that

16    say "Performant dialer," are those calls that are

17    being made in connection with calls that are

REDACTED - CONFIDENTIAL



REDACTED - CONFIDENTIAL



REDACTED - CONFIDENTIAL



10   Q   Did Guaranty Corp have any policies -- strike
11       that.  Do you know what the TCPA is?
12   A   Telephone Consumer Protection Act.
13   Q   Does the -- to your knowledge, does that statute
14       have any impact on the way your department engages
15       in collection activities?
16   A   Yes.
17   Q   What's your understanding of how it impacts your
18       department's collection activities?
19   A   Which component of the TCPA are we asking about?
20   Q   With respect to calls being made to cellular
21       telephones.
22   A   My understanding that we need to -- that we have
23       consent to contact the borrower, and if we do not,
24       we need to call them manually.
25   Q   Other than your description of the use of this

REDACTED - CONFIDENTIAL

 1   A   The referencing back to 16 -- I'm going to
 2       reference the May date again, and I may not have
 3       the right -- I don't think it's in there.
 4   Q   I know what you're talking about.  But you
 5       appreciate that he was receiving letters before
 6       that date?
 7                    MS. ST. JOHN:  I'm going to object
 8                to form too.  The same way you're saying
 9                alleged calls, we have alleged allegations
10                that he's receiving that, but we don't -- go
11                ahead.
12   Q   Assuming that Mr. Schultz, the plaintiff, didn't
13       somehow manufacture the letters I showed to you,
14       the letters reflect that letters were sent to
15       Mr. Schultz, the plaintiff, about

22   A   I don't have any understanding of where that came
23       from.
24   Q   You don't know how it happened?
25   A   I was not involved with this until November of

REDACTED - CONFIDENTIAL

1  Q   So it's your testimony that if I want to know the

2        answer to that question, you're not the best

3        person to ask?  I should ask Jacqueline this

4        afternoon?

5  A   If we're going to look at the corporation as a

6        whole from the umbrella, yes.  Yes.



16  A   There's no more items that I would add to that

17        list.

18  Q   I'd like you to turn to the document that's been

19        Bates labeled GL -- I'm sorry, strike that.  I'd

20        like you to turn to the document that's been Bates

21        labeled GL 12 to GL 14.  And I'd like you to take

22        a look at it and tell me whether you recognize

23        what it is.

REDACTED - CONFIDENTIAL



REDACTED - CONFIDENTIAL

13   A   Yes.

14   Q   Do you agree that Joshua Schultz, the plaintiff,

15       is not the borrower in connection with the loans

17   A   But the person is the borrower.  It says "if the

18       person is not a borrower."  Person on the phone,

20   Q   What I asked was:  Do you agree that

21       Joshua Schultz, the plaintiff, is not the borrower

22       as it relates to the loan belonging to

24   A   I'm sorry, I'm struggling.  The statement said if

25       the person we're calling is not a borrower.  So --

REDACTED - CONFIDENTIAL



14   Q   Okay.  Do you know, as you sit here today, whether

15       or not 715-379-9195 has been marked as manual dial

16       or autodial?

17   A   No, I don't because -- no.

18   Q   So you don't know whether it has been one way or

19       the other?

20   A   I don't have a relationship with that number.

21   Q   What I'm just saying is, as you sit here today,

22       you don't even know whether it's been marked

23       autodial or manual dial in that data file?

24   A   The Guaranty Corporation doesn't have any

25       involvement with that number, so no.

REDACTED - CONFIDENTIAL

```
 1   A   No.

 2   Q   Let's go then to -- let's go then to GL 1596.

 3       Actually, let's just go to -- let's start at

 4       GL 1593.

 5   A   Okay.

 6   Q   Now, you agree that 1593 through 1598 all relate
```

███████████████████████████████████████████

```
 8   A   Yes.

 9   Q   And do you agree that Mr. Schultz's -- the

10       nonparty's current file with Guaranty Corp still

11       includes the address and cell phone number of

12       Joshua Schultz, the plaintiff?

13   A   The history, yes.

14   Q   And it's listed under previous address and phone

15       number; correct?

16   A   Yes.

17   Q   And you know, as you sit here today, with
```

███████████████████████████████████████████

```
19       previous address and phone number was never that;

20       correct?

21   A   Yes.
```

███████████████████████████████████████████

```
23   A   Yes.

24               MR. GORSKI:  I don't have any other

25           questions other than the questions that I
```

REDACTED - CONFIDENTIAL

STATE OF WISCONSIN      )
                        ) ss.
COUNTY OF DANE          )

I, Taunia Northouse, a Registered Diplomate Reporter and Notary Public duly commissioned and qualified in and for the State of Wisconsin, do hereby certify that pursuant to notice, there came before me on the 20th day of November 2014, at 9:07 in the forenoon, at the offices of Michael Best & Friedrich, LLP, Attorneys at Law, One South Pinckney Street, Suite 700, the City of Madison, County of Dane, and State of Wisconsin, the following named person, to wit:  BETH ERICKSON, who was by me duly sworn to testify to the truth and nothing but the truth of her knowledge touching and concerning the matters in controversy in this cause; that she was thereupon carefully examined upon her oath and her examination reduced to typewriting with computer-aided transcription; that the deposition is a true record of the testimony given by the witness; and that reading and signing was waived.

I further certify that I am neither attorney or counsel for, nor related to or employed by any of the parties to the action in which this deposition is taken and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.

1          In witness whereof I have hereunto set my

2    hand and affixed my notarial seal this 30th day of

3    November 2014.

4

5                              Registered Diplomate Reporter

6                              Notary Public, State of Wisconsin

7

8
     My commission expires
9    May 17, 2015

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25