## CERTIFICATE OF SERVICE

  I, **GREGORY GORSKI**, do hereby certify that on this 30th day of January, 2015, I caused a true and correct copy of Plaintiff Joshua Adam Schultz's Motion For Summary Judgment, Proposed Finding of Facts and Brief to be served by ECF notification upon the following counsel of record:

Rebecca Rapp St. John, Esquire
GREAT LAKES HIGHER EDUCATION CORPORATION
2401 International Lane
Madison, WI 53704

Michelle L. Dama, Esquire
Post Office Box 1806
Madison, WI 53701-1806

*Attorneys for Defendants*
*Great Lakes Higher Education Loan Services, Inc.*
*and*
*Great Lakes Higher Education Guaranty Corporation*

                        **FRANCIS & MAILMAN, P.C.**

                        */s/ Gregory Gorski*
                        GREGORY GORSKI
                        Attorneys for Plaintiff
                        Land Title Building, 19th Floor
                        100 South Broad Street
                        Philadelphia, PA  19110
                        (215) 735-8600