IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOSHUA ADAM SCHULTZ<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, et al.<br><br>Defendants. | )<br>)<br>) **Civil Action No. 14-0261**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# ORDER

**AND NOW** on this _____ day of _____, 2015, upon consideration of Plaintiff Joshua Adam Schultz's Motion for Summary Judgment, and the Court having heard all arguments for and against said Motion, and Plaintiff having satisfied his burden, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED** in its entirety.

**JUDGMENT** is hereby entered in favor of Plaintiff and against Defendant Great Lakes Higher Education Guaranty Corp in the amount of $84,000.

**JUDGMENT** is also hereby entered in favor of Plaintiff and against Defendant Great Lakes Education Loan Servicing, Inc. in the amount of $75,000.

_____
JAMES D. PETERSON,      U.S.D.J.